UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA PHILLIPS and<br>CLIFTON PHILLIPS,<br><br>  Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC. and THE BRIGHAM<br>AND WOMEN'S HOSPITAL, INC.,<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:10-cv-10305<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF LORI G. COHEN
AS CO-COUNSEL FOR DEFENDANT MEDTRONIC, INC.**

  Eric M. Gold, a member of this Court and associate of the firm of Greenberg Traurig, LLP, respectfully moves for the admission to the Bar of this Court, *pro hac vice*, of Lori G. Cohen as co-counsel for Defendant Medtronic, Inc.  In support of this Motion, attached as Exhibit A is a Certificate For Admission *Pro Hac Vice* of Lori G. Cohen, certifying that (1) she is a member of the Bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the Bar of any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

  WHEREFORE, it is respectfully requested that Lori G. Cohen be admitted to the Bar of this Court, *pro hac vice*, to appear as co-counsel for Defendant Medtronic, Inc.

Dated:  February 26, 2010

Respectfully Submitted,

MEDTRONIC, INC.

By its attorneys,

/s/ Eric M. Gold
Eric M. Gold, BBO #660393
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
Email: GoldE@gtlaw.com

Of Counsel:

Lori G. Cohen
Sara K. Thompson, BBO # 648258
GREENBERG TRAURIG, LLP
3290 Northside Parkway, Suite 400
Atlanta, Georgia 30327
Tel:  (678) 553-2100
Fax:  (678) 553-2212
Email: CohenL@gtlaw.com
Email: ThompsonS@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on February 26, 2010.

/s/ Eric M. Gold