**EXHIBIT A**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYNTHIA PHILLIPS and CLIFTON PHILLIPS, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:10-cv-10305 |
| MEDTRONIC, INC. and THE BRIGHAM AND WOMEN'S HOSPITAL, INC., | ) ) ) | |
| Defendants | ) ) ) | |

## CERTIFICATE FOR ADMISSION *PRO HAC VICE* OF LORI G. COHEN

I, Lori G. Cohen, herby depose on oath and say:

1.     I am a member of the bar of the State of Georgia and am admitted to practice in the Supreme Court of the United States, the U.S. Court of Appeals for the Eleventh Circuit, and the United States District Courts for the Northern District of Georgia and the Middle District of Georgia.

2.     I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3.     There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24ᵗʰ DAY**

**OF FEBRUARY, 2010.**

LORI G. COHEN
Georgia Bar No. 174455
Greenberg Traurig LLP
The Forum--Suite 400
3290 Northside Pkwy
Atlanta, GA 30327
Tel:  (678) 553-2385
Fax:  (678) 553-2386
Email:  CohenL@gtlaw.com